**Order entered June 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00861-CR**
**No. 05-20-00862-CR**

**RAYAN DHANES GANESH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76113-S & F16-76111-S**

### ORDER

Before the Court is appellant's June 8, 2021 pro se motion asking for the Court to hold a hearing to "disqualify counsel" and to "appoint new effective counsel if necessary."

The briefs have been filed; these cases are at issue and will be set in due course. Accordingly, we **DENY** appellant's motion. *See Dunn v. State*, 819 S.W.2d 510, 520 (Tex. Crim. App. 1991) ("A criminal defendant is not entitled to appointed counsel of choice. Under the State and Federal Constitutions he is

entitled to effective assistance of counsel, however this constitutional protection cannot be manipulated in such a manner so as to throw the trial process into disarray."); *Cooper v. State*, No. 05-18-01246-CR, 2019 WL 6606364, at *3 (Tex. App. Dec. 5, 2019) (pet. ref'd) ("A court has no duty to search for counsel who is agreeable to the defendant, and the right to counsel cannot be insisted upon in such a way as to obstruct the orderly administration of justice.")

We **DIRECT** the Clerk to send a copy of this order to all parties as well as to Rayan Dhanes Ganesh, TDCJ# 02192899, Telford Unit, 3899 Hwy 98, New Boston, TX 75570.

/s/    LANA MYERS
       JUSTICE